# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1408
Lower Tribunal No. 13-26313A

————————

**Marcelyn Mathieu,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa M. Pooler, Judge.

Marcelyn Mathieu, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.